

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### *PRO SE* CONSENT TO RECEIVE DOCUMENTS ELECTRONICALLY

**Contact Information**

Full Name: Christopher Laccinole
  First / Middle / Last / Generation

Address: 14356 N. Summerchase Cir.
  Street Address / Apartment/Unit #

Willis, TX 77318
  City / State / ZIP Code

Phone Number: 4017830762

E-mail Address: chrislaccinole@gmail.com

Case Number: 21-cv-160-WES-PAS

Case Name: Laccinole v. US Veterans Assistance Foundation, et al.

**Certification and Signature**

In accordance with the provisions of Fed. R. Civ. P. 5(b)(2)(E), I hereby consent to receive the service of documents by opposing counsel and consent to receive notices of electronic filing (NEF) from the Court including the entry of an order or judgment as outlined in Fed. R. Civ. P. 77(d) and Fed. R. Crim. P. 49(c) via the Court's Case Management/Electronic Case Files (CM/ECF) system using the e-mail address listed above.

I agree to promptly notify the Court if there is a change in my personal contact information, such as name, address, and/or e-mail address. I understand that this consent is limited to the case specified above, and I will promptly notify the Court and opposing counsel to request cancellation of electronic service.

I understand that upon receipt of an electronic notice, I am permitted **one** "free look" at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records.)

It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

Signature: [signed]    Date: July 3, 2023