# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER LACCINOLE

*Plaintiff*,

v.

U.S. VETERANS ASSISTANCE FOUNDATION, INC., ROBERT PIARO, DOES 1-10, inclusive,

*Defendants.*

Case No.: 1:21-cv-00160-WES-PAS

## STATUS REPORT

NOW COMES the Plaintiff, Christopher Laccinole, by and through his attorneys of record, Indeglia & Associates, Attorneys at Law, Vincent A. Indeglia, and hereby provides the following status report.

1. This case was initially filed as a pro se matter by the Plaintiff, Christopher Laccinole.

2. Discovery was initiated by Mr. Laccinole.

3. Based upon the court docket, there were significant objections to the discovery resulting in hearings held before Magistrate Judge Sullivan ordering that the Defendants produce certain discovery to the Plaintiff.

4. Thereafter, the Defendant Robert Piaro was indicted and sentenced to federal prison in the Southern District of New York. Shortly after the indictment when Mr. Laccinole sought to take discovery by way of deposition, the Defendants filed a motion to stay proceedings. This Court stayed all proceedings.

5. Thereafter, counsel herein entered its appearance.

6. A conference was held with Judge Smith approximately one year ago during which time Judge Smith said he would take under advisement lifting the stay. The stay was never lifted and the case has remained in its current status.

7. Defendant Pinaro has recently been sentenced.

8. Plaintiff would ask that this Court convene a Rule 16 conference and lift the stay in this matter so that discovery can be completed, and the case proceed to trial.

Respectfully Submitted,

/s/ Vincent A. Indeglia
Vincent A. Indeglia, Esq. (#4140)
**INDEGLIA & ASSOCIATES**
*Attorneys at Law*
931 Jefferson Boulevard – Suite 1006
Warwick, RI 02886
Tel.: (401) 886-9240
Fax: (401) 886-9241
Email: Vincent@Indeglialaw.com

## CERTIFICATION

I hereby certify that I have, on this 29th day of January, 2025, electronically filed this enclosed document with the Clerk of this Court using the CM-ECF System. All counsel of record have been served by electronic means.

*/s/ Lois J. Verria*