# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Christopher Laccinole
Plaintiff,
v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:20–cv–00438–MSM–PAS

Honoring American Law Enforcement PAC
Defendant.

## ORDER OF COURT

      The plaintiff is hereby ordered to file a status report by May 9, 2025 advising the court of the current status of the above–referenced case.

      It is so ordered.

February 14, 2025　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　　/s/ Mary S. McElroy
　　　　　　　　　　　　　　　　　　　　　United States District Judge